UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-32-pp |
| Plaintiff, | |
| v. | |
| PAULA FORBES, | |
| Defendant. | |

**ORDER REGARDING DEFENDANT'S LETTER ASKING ABOUT "EARLY RELEASE PROGRAM" (DKT. NO. 63)**

On May 11, 2018, the court received a letter from the defendant. Dkt. No. 63. This is the third letter the court has received from the defendant since her sentencing on June 9, 2017. Her first letter asked for an extension of her surrender date. Dkt. No. 56. Her second letter asked for clarification of/amendment of her order of judgment. Dkt. No. 60. In this third letter, the defendant asks the court whether she qualifies for "the Early Release Program." Dkt. No. 63 at 1. She indicates that she is not certain of "the CFR No.," but she says that several inmates have told her that she qualifies for this program. Id. She says that she asked "a few officers and counselors" if they had heard of such a law or an amendment, and that she was told to ask her lawyer or the judge. Id. She indicates that the Early Release Program says that she has to be over forty-five years of age, that she has to have served half of her sentence, and that she has to have no violent crime or history of violence. She says that, based on this information, she believes that she qualifies. Id.

1

The court has responded to the defendant's past contacts, and it does so to this one. But the court cannot give the defendant legal advice. The court is not familiar with anything called an "Early Release Program" in federal court. That does not mean that one does not exist, but this court is not aware of it. The court strongly encourages the defendant to talk to a lawyer. It is not the court's role to assist the defendant in finding release programs. Indeed, this court imposed the sentence that it believed was appropriate, for reasons that it thought were appropriate. Had the court wanted to give the defendant a lesser sentence, it would have done so at sentencing.

The court will take no further action on the defendant's letter.

Dated in Milwaukee, Wisconsin this 15th day of May, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**